Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−14028−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Biagio J. Santosuosso Jr.
   aka Biagio J. Santosuosso
   118 Greentree Road
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8942

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/30/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 30, 2016
JJW: dac

                                                       James J. Waldron
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-14028-JNP
Biagio J. Santosuosso, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2016
                               Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db             +Biagio J. Santosuosso, Jr.,   118 Greentree Road,    Mays Landing, NJ 08330-3440
516245536       Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516169336       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516038387      +Retail Recovery Service of NJ,    190 Moore Street,    Suite 201,   Hackensack, NJ 07601-7418
516055551      +Retail Recovery Svc NJ Inc.,    as Assignee of HSBC Bank Household,
                 Raymond Meisenbacher & Sons Esqs.,    739 East Main Street,    Bridgewater, NJ 08807-3339
516038388      +Slomin's Security,   358 Broadway Mall,    Hicksville, NY 11801-2709
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2016 00:02:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2016 00:02:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516038382      +EDI: CINGMIDLAND.COM Sep 30 2016 23:43:00      AT&T Mobility,   Glenridge Highlands Two,
                 5565 Glenridge Connector,   Atlanta, GA 30342-4756
516173902       EDI: AIS.COM Sep 30 2016 23:43:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
516038383       EDI: BANKAMER.COM Sep 30 2016 23:43:00      Bank of America Home Loans,   PO Box 5170,
                 Simi Valley, CA 93062-5170
516038384       EDI: CAPITALONE.COM Sep 30 2016 23:43:00      Capital One,   PO Box 5253,
                 Carol Stream, IL 60197-5253
516038385      +EDI: CAUT.COM Sep 30 2016 23:43:00      Chase Auto Finance,   PO Box 901076,
                 Fort Worth, TX 76101-2076
516038386       EDI: CHASE.COM Sep 30 2016 23:43:00      Chase Card,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
516171488       EDI: CAUT.COM Sep 30 2016 23:43:00      JPMorgan Chase Bank NA,   PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
516038389      +EDI: VERIZONEAST.COM Sep 30 2016 23:43:00      Verizon Bankruptcy Dept.,   500 Technology Drive,
                 Suite 550,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Biagio J. Santosuosso, Jr.
               rshoffman@hoffmandimuzio.com,    lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                                              TOTAL: 5
```